IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABSOLUTE ARCHITECTURE, P.C., an Illinois professional corporation, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>DPCAC, LLC D/B/A DWYER PRODUCTS & SERVICES, a Illinois limited liability company, and MILLENIA PRODUCTS GROUP, INC., a Illinois corporation,<br><br>        Defendants. | Case No. 15-cv-3112<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Sheila M. Finnegan |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and the dismissal of the Class' claims without prejudice.

Dated: September 10, 2015                                 Respectfully submitted,

By: *s/ Joseph J. Siprut*                               By: *s/ Michael Martin-Johnston*

| | |
|---|---|
| Joseph J. Siprut<br>*jsiprut@siprut.com*<br>Ismael T. Salam<br>*isalam@siprut.com*<br>**SIPRUT PC**<br>17 North State Street<br>Suite 1600<br>Chicago, Illinois 60602<br>Phone: 312.236.0000<br>Fax: 312.241.1260<br><br>*Counsel for Plaintiff*<br>*and the Proposed Putative Class* | Michael Martin-Johnston<br>*mmartinjohnston@yahoo.com*<br>**WALTZ, PALMER & DAWSON, LLC**<br>3701 Algonquin Rd., Suite 300<br>Rolling Meadows, IL 60008<br>Tel: (847) 253-8800<br><br><br><br><br><br>*Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Stipulation of Dismissal** was filed this 10th day of September 2015 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

*s/Joseph J. Siprut*

4817-7539-3576, v. 1